# EXHIBIT

# "A"

**Dispatch Recording**

