# EXHIBIT

# "B"

**Dash Cam Video from Officer Cherry's Patrol Vehicle**

