# EXHIBIT "C"

Audio Recording of Officer Cherry

