# EXHIBIT "D"

**Dash Cam Video from Officer J. Green's Patrol Vehicle**

