# EXHIBIT "E"

**Front Dash Cam Video from Officer Cater's Patrol Vehicle**

