# EXHIBIT "V"

**IAD – District Attorney**

**Exoneration of Officers' Meaux, Cherry and Rowe**

# MEMORANDUM
## PORT ARTHUR POLICE DEPARTMENT

To: Sgt. K. Carona
From: Interim Chief Dunlap
Subject: **IA-2016-20**

    **Ofc. L. Cherry #445** has requested that the listed case be decided by me.

    I have reviewed the following case per **Ofc. L. Cherry's** request regarding the case with the following charges:

My decision is as follows:

| CHARGE | FINDING |
|---|---|
| **Excessive Use of Force, GO: 200-1** | Exonerated |

| CHARGE | DISCIPLINE |
|---|---|
| **Excessive Use of Force, GO: 200-1** | None |

Chief Signature: _Weldon C. Dunlap_     Date: 10-5-2016

COPA 000040

# MEMORANDUM
## PORT ARTHUR POLICE DEPARTMENT

To: Sgt. K. Carona
From: Interim Chief Dunlap
Subject: **IA-2016-20**

    **Ofc. S. Meaux** #434 has requested that the listed case be decided by me.

    I have reviewed the following case per **Ofc. S. Meaux's** request regarding the case with the following charges:

My decision is as follows:

| CHARGE | FINDING |
| --- | --- |
| **Excessive Use of Force, GO: 200-1** | Exonerated |

| CHARGE | DISCIPLINE |
| --- | --- |
| **Excessive Use of Force, GO: 200-1** | None |

Chief Signature: _Weldon E. Dunlap_       Date: October 5, 2016

COPA 000041

# MEMORANDUM
## PORT ARTHUR POLICE DEPARTMENT

To: Sgt. K. Carona
From: Interim Chief Dunlap
Subject: **IA-2016-20**

**Sgt. R. Rowe #349** has requested that the listed case be decided by me.

I have reviewed the following case per **Sgt. R. Rowe's** request regarding the case with the following charges:

My decision is as follows:

| CHARGE | FINDING |
|---|---|
| **Excessive Use of Force, GO: 200-1** | Exonerated |

| CHARGE | DISCIPLINE |
|---|---|
| **Excessive Use of Force, GO: 200-1** | None |

Chief Signature: _Weldon C. Dunlap_     Date: 10-5-2016

COPA 000042



| | **BOB WORTHAM**<br>CRIMINAL DISTRICT ATTORNEY | |
|---|---|---|
| **PAT KNAUTH**<br>First Assistant | | **GARY REAVES**<br>Executive Assistant |
| **ASHLEY MOLFINO**<br>Criminal Chief | Jefferson County Courthouse<br>1085 Pearl St. 3rd Floor<br>Beaumont, Texas 77701<br>(409) 835-8550 | **KATHLEEN M. KENNEDY**<br>Civil Chief |
| **WAYLN THOMPSON**<br>Appellate Chief | | **RANDI A. KING**<br>Family Chief |
| **CORY KNEELAND**<br>Chief of Intake | | **JAMES ARCENEAUX**<br>Chief Investigator |

October 5, 2016

**Chief Weldon Dunlap**
**Port Arthur Police Dept**
**Port Arthur, Texas**

    Re:   In Custody Death, Manuel Delacruz

Dear Chief Dunlap:

You are hereby notified that today the Jefferson County Grand Jury returned a No Bill in the matter of the death of Manuel Delacruz. Sgt. R. Rowe, Officer L. Cherry and Officer S. Meaux are officially cleared of any criminal charges involving this incident. Our office has therefore closed the investigation.

Please let us know if you need for us to provide you with any further information.

Sincerely,

*[signature]*

**BOB WORTHAM**
**Criminal District Attorney**