IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| OLGA DELACRUZ AND MARCO DELACRUZ, INDIVIDUALLY, AND AS RERPESENTATIVES OF THE ESTATE OF MANUEL DELACRUZ, Plaintiff | § § § § § § | CIVIL ACTION NO. 1:18-CV-11 |
| VS. | § § | |
| THE CITY OF PORT ARTHUR, PORT ARTHUR POLICE DEPARTMENT, OFFICER LANE CHERRY, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY, UNKNOWN OFFICERS, THE MEDICAL CENTER OF SOUTHEAST TEXAS, L.P. D/B/A THE MEDICAL CENTER OF SOUTHEAST TEXAS L.P., Defendants | § § § § § § § § § § | |

## JOINT MOTION FOR FINAL ORDER OF DISMISSAL

COMES NOW Plaintiffs, OLGA DELACRUZ and MARCO DELACRUZ, Individually and as Representatives of the Estate of MANUEL DELACRUZ in the above-entitled and numbered cause, and Defendants, CITY OF PORT ARTHUR, OFFICER LANE CHERRY, OFFICER SHANNON MEAUX, OFFICER REID ROWE, OFFICER SHELBY HARPER AND OFFICER TERRY CATER, and respectfully aver that all claims and demands asserted and involved against and between them should be dismissed, and respectfully request the following:

That the Plaintiff's Original Petition and all amendments thereto, against the Defendants be dismissed with prejudice.

That the legally taxable costs involved in this action shall be assessed against the parties incurring same.

Any and all causes of action by and between the parties, whether by direct action or by cross-claim, asserted or not in this litigation, have been released and are requested to be Dismissed with Prejudice.

WHEREFORE, PREMISES CONSIDERED, the parties, by and through their respective attorneys, respectfully move the Court to enter a Final Order of Dismissal.

Respectfully submitted,

ABRAHAM, WATKINS, NICHOLS, SORRELS, AGOSTO & AZIZ

By:_____
Muhammad S. Aziz
State Bar No. 24043538
maziz@abrahamwatkins.com
800 Commerce Street
Houston, Texas 77002
Telephone: (713) 222-7211
Facsimile: (713) 225-0827

**ATTORNEY FOR PLAINTIFFS, OLGA DELACRUZ AND MARCO DELACRUZ**

-----------------------------------------------------------------

CALVERT EAVES CLARKE & STELLY, L.L.P.
Beaumont Tower
2615 Calder Avenue, Suite 1070
Beaumont, Texas 77702
Phone: (409) 832-8885
Fax:     (409) 832-8886
E-Mail: fcalvert@calvert-eaves.com

By:_____
Frank D. Calvert
State Bar No. 03667700
**ATTORNEYS FOR DEFENDANTS, THE CITY OF PORT ARTHUR AND THE PORT ARTHUR POLICE DEPARTMENT. OFFICER MEAUX,**

2

OFFICER CHERRY, OFFICER ROWE,
OFFICER HARPER AND OFFICER CATER

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing was furnished to all counsel of record by:

   XX    Electronic Service

on this __16th__ day of __July__, 2019.

_____
Frank D. Calvert

3