IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| OLGA DELACRUZ AND MARCO DELACRUZ, INDIVIDUALLY, AND AS RERPESENTATIVES OF THE ESTATE OF MANUEL DELACRUZ,<br>Plaintiff<br><br>VS.<br><br>THE CITY OF PORT ARTHUR, PORT ARTHUR POLICE DEPARTMENT, OFFICER LANE CHERRY, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY, UNKNOWN OFFICERS, THE MEDICAL CENTER OF SOUTHEAST TEXAS, L.P. D/B/A THE MEDICAL CENTER OF SOUTHEAST TEXAS L.P.,<br>Defendants | § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 1:18-CV-11 |

**FINAL ORDER OF DISMISSAL**

The Plaintiffs herein, OLGA DELACRUZ and MARCO DELACRUZ, Individually and as Representatives of the Estate of MANUEL DELACRUZ and Defendants, CITY OF PORT ARTHUR, PORT ARTHUR POLICE DEPARTMENT, OFFICER LANE CHERRY, OFFICER SHANNON MEAUX, OFFICER REID ROWE, OFFICER SHELBY HARPER AND OFFICER TERRY CATER, by and through their attorneys of record, having informed the Court that the Plaintiffs' suit herein against Defendants should be dismissed, and Plaintiffs, having prayed that Plaintiffs' action herein be dismissed with prejudice, and the Defendants agreeing thereto, and it appearing to the Court that the dismissal with prejudice should be made as prayed;

And the Court having expressly determined that there is no just reason for delay in entering this Final Order of Dismissal as to the Plaintiffs' claims herein against Defendants, and

the Court hereby expressly directs that a Final Order of Dismissal, dismissing with prejudice such claims of the Plaintiffs against the Defendants, be made.

Now, therefore, it is ORDERED, ADJUDGED and DECREED that the lawsuit of OLGA DELACRUZ and MARCO DELACRUZ, Individually and as Representatives of the Estate of MANUEL DELACRUZ, Plaintiffs, against Defendants, CITY OF PORT ARTHUR, PORT ARTHUR POLICE DEPARTMENT, OFFICER LANE CHERRY, OFFICER SHANNON MEAUX, OFFICER REID ROWE, OFFICER SHELBY HARPER AND OFFICER TERRY CATER be, and the same is hereby, Dismissed With Prejudice, that this is the Final Order of Dismissal, and legally taxable costs herein are to be borne by the parties incurring same.

It is further ORDERED, ADJUDGED and DECREED that no execution shall issue herein except as to legally taxable costs of Court, and all relief not expressly granted herein is DENIED.