| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |

OLGA DELACRUZ and MARCO DELACRUZ, §
§
Plaintiffs, §
§
*versus* § CIVIL ACTION NO. 1:18-CV-11
§
CITY OF PORT ARTHUR, *et al.*, §
§
Defendants. §

## ORDER OF DISMISSAL

The parties' Joint Motion for Final Order of Dismissal (#68) is GRANTED. Accordingly, the above-styled case is dismissed with prejudice. Each party shall bear its own costs of court and attorney's fees.

THIS IS A FINAL JUDGMENT.

SIGNED at Beaumont, Texas, this 25th day of July, 2019.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE